UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-6179-DSR Date: November 18, 2026

Title Amila Perakum Hewageegana v. Warden, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING DUE DATE FOR RESPONDENTS' RESPONSE TO PETITIONER'S MOTION TO DISMISS PETITION VOLUNTARILY (DOC NO. 13)**

On November 17, 2026, Petitioner filed a motion to dismiss her petition for writ of habeas corpus voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(2). See Doc. No. 13. Respondents shall, not later than seven days from the date of this Order, serve upon Petitioner and file with the Court either Respondents' points and authorities in opposition to the motion to dismiss or a written statement that Respondents' do not oppose the motion to dismiss.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK